[No. 39074-1-I.    Division One.    May 27, 1997.]

KEY BANK OF WASHINGTON, *Appellant*, v. ERIC
KUBOTH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-10183-4, Jim Bates, J., entered June 26,
1996. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 37359-5-I.    Division One.    June 16, 1997.]

BHUPINDER K. GOMAR, *Appellant*, v. CHARANJIT
SINGH, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-3-01355-0, James D. McCutcheon, J.,
entered August 28, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 37951-8-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RODERICK
DEWAYNE BASS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-00717-6, Kathryn E. Trumbull,
J., entered December 26, 1995. *Dismissed* by unpublished
per curiam opinion.

[No. 38457-1-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTIAN ST. JACQUES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-01608-3, Sharon S. Armstrong, J., entered
April 8, 1996. *Affirmed* by unpublished per curiam opinion.